1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SAMANTHA SCHOTT (NYBN 5132063)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       samantha.schott@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           ) CASE NO. 19-065 JST
                                        )
14        Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER TO
                                        ) EXCLUDE TIME UNDER THE SPEEDY TRIAL
15     v.                               ) ACT
                                        )
16  KEITH MICHAEL SWAIN,                )
                                        )
17        Defendant.                    )
                                        )

18

19

20       On March 22, 2019, the parties appeared before this Court for an initial status conference. With

21  the agreement of the parties, the Court enters this order documenting the exclusion of time under the

22  Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv), from March 22, 2019, to April 19, 2019.

23  The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of

24  defense counsel, including to review discovery recently produced by the government. For this reason,

25  the parties agree that time is excludable pursuant to 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv).

26       Given these circumstances, the Court found that the ends of justice served by excluding the

27  period from March 22, 2019, to April 19, 2019, from Speedy Trial Act calculations outweighs the

28  interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A),

and (h)(7)(B)(iv).

DATED: March 25, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*Samantha Schott*
SAMANTHA SCHOTT
Special Assistant United States Attorney

*Joyce Leavitt*
JOYCE LEAVITT
Attorney for Keith Michael Swain

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by defense counsel, and in the interest of justice, pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded from March 22, 2019, until April 19, 2019.

IT SO ORDERED.

DATED: March 26, 2019

THE HON. JON S. TIGAR
United States District Court Judge