IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH SWAIN,<br><br>    Defendant. | **Case No.:** CR 19–0065 JST<br><br>[PROPOSED] **ORDER TO CONTINUE STATUS DATE TO MAY 10, 2019**<br><br>**Court:**    Courtroom 6, 2nd Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for Defendant Keith Swain scheduled for Friday, April 19, 2019 at 9:30 a.m. before Honorable Jon S. Tigar, is hereby continued to Friday, May 10, 2019 at 9:30 a.m. for status.

IT IS FURTHER ORDERED that the time between April 19, 2019, and May 10, 2019, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for continuity of counsel and effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The time is needed to enable Mr. Swain to get settled, defense counsel to meet with Mr. Swain to review discovery and answer his questions, and government counsel to be present.

**IT IS SO ORDERED.**

Dated:    April 16, 2019

_____
HON. JON S. TIGAR
United States District Judge

[PROPOSED] ORDER RE: STATUS TO 5/10/19
*SWAIN*, CR 19–0065 JST

1