IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–0065 JST |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE STATUS DATE TO MAY 31, 2019** |
| v. | **Court:**          Courtroom 6, 2nd Floor |
| KEITH SWAIN, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for Defendant Keith Swain scheduled for Friday, May 10, 2019 at 9:30 a.m. before Honorable Jon S. Tigar, is hereby continued to Friday, May 31, 2019 at 9:30 a.m. for status.

IT IS FURTHER ORDERED that the time between May 10, 2019, and May 31, 2019, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The time is needed to allow Mr. Swain to be released from county custody and begin residential drug treatment, and for defense counsel to meet with Mr. Swain once he has been in treatment, to review discovery and answer questions prior to the next court date.

**IT IS SO ORDERED.**

Dated:      May 6, 2019

                                                             
HON. JON S. TIGAR
United States District Judge